

**ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC**
LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

April 23, 2024

Honorable Judge David N. Hurd
Northern District of New York
Via CM/ECF

Re:         *Wilmington Trust, National Association, Etc. v. Altagracia Genao, et al.*
Case:       3:20-cv-00097 – DNH-ML
Our File No: 19-388295

Dear Honorable Hurd:

    Our office represents the Plaintiff in the above referenced case. It has come to my attention that the borrower, Altagracia Genao, reinstated the loan prior to a foreclosure auction taking place. Our office requests the court so order this letter to grant Plaintiff's request that the judgment of foreclosure and sale and the notice of pendency be vacated and the action dismissed without prejudice due to the loan reinstatement.

Respectfully submitted,

Joseph F. Battista, Esq.
*Attorneys for Plaintiff*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

04-24-2024

Dated: _____